[No. 43236-6-II.   Division Two.   September 24, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. FARRELL JEFF GORDON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 11-1-01226-5, Bryan E. Chushcoff, J., entered March 23, 2012. *Affirmed* by unpublished opinion per Johanson, A.C.J., concurred in by Penoyar and Bjorgen, JJ.

[No. 43300-1-II.   Division Two.   September 24, 2013.]

SSHI LLC, *Appellant*, v. THE CITY OF OLYMPIA, *Respondent*, OLYMPIA SAFE STREETS CAMPAIGN, *Intervenor*.

Appeal from a judgment of the Superior Court for Thurston County, No. 11-2-01733-5, Lisa L. Sutton, J., entered March 15, 2012. *Affirmed* by unpublished opinion per Johanson, J., concurred in by Worswick, C.J., and Lee, J. Pro Tem.

[No. 43325-7-II.   Division Two.   September 24, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD DONALD LLOYD JANSSEN, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 11-1-00172-2, Michael H. Evans, J., entered April 13, 2012. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Worswick, C.J., and Maxa, J.

[Nos. 43409-1-II; 43412-1-II.   Division Two.   September 24, 2013.]

THE STATE OF WASHINGTON, *Appellant*, v. DENNIS EDWIN KINNEY, *Respondent*.

THE STATE OF WASHINGTON, *Appellant*, v. LORENA KINNEY, *Respondent*.

Appeals from a judgment of the Superior Court for Pierce County, No. 11-1-02295-3, Katherine M. Stolz, J., entered May 9, 2012. *Reversed* and *remanded with instructions* by unpublished opinion per Johanson, A.C.J., concurred in by Penoyar and Bjorgen, JJ.